# THE LAW OFFICE OF JEFFREY CHABROWE

261 Madison Avenue, 12th Floor New York, NY 10016 | Tel. 917-529-3921 | F 480.247.5806

August 31, 2020

**VIA ECF**

Hon. Margo K. Brodie
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: Petroff Amshen LLP v. Alfa Rehab PT PC, et al.
1:19-cv-01861 (MKB) (RML); Permission to File Motion to Dismiss

Your Honor—

    I am counsel for Defendant Eye on Wellness Acupuncture, P.C. and Fleurette Harris,[1] the principle of said business.

    We respectfully join in the other co-defendants' request to reinstate and decide the motions to dismiss previously filed in this matter

Respectfully submitted,

   /s/ Jeffrey Chabrowe

CC: VIA ECF

All appearing attorneys

---

[1] Plaintiff has improperly named "Oates Devan" having control of the corporation and/or being a signatory on some of the checks in question. This is incorrect, and no one by that name has ever been an employee, agent, or in any way affiliated with Eye on Well-Being Acupuncture, P.C.